Matthew T. Christensen, ISB: 7213
ANGSTMAN JOHNSON
199 N. Capitol Blvd., Ste 200
Boise, ID 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
Email: mtc@angstman.com

Attorney for Defendants

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>RINALDO AND MAILE HUNT,<br><br>Debtors. | Bankr. Case No.: 20-00137-JDP |
| ALISHA LIN, an individual and DENNIS LIN, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>RINALDO HUNT, an individual and MAILE HUNT, an individual,<br><br>Defendants. | Adv. Case No. 20-06015-JDP |

**DEFENDANTS' RENEWED MOTION FOR SUMMARY JUDGMENT**

The Defendants, Rinaldo Hunt and Maile Hunt (the "Hunts"), by and through their counsel of record, ANGSTMAN JOHNSON, renew their request to the Court pursuant to Fed. R. Bankr. Proc. 7056, Local Bankr. R. 7056.1, and Fed. R. Civ. Proc. 56 for an order granting them summary judgment with respect to Lins' Section 523(a) claims and dismissing this case with prejudice. This

DEFENDANTS' RENEWED MOTION FOR SUMMARY JUDGMENT – Page 1

Motion is supported by the previously-filed Declaration of Rinaldo Hunt (Doc. 29-3), and Declaration of George Hunt (Doc. 29-4), as well as the contemporaneously-filed Statement of Undisputed Facts, Memorandum in Support of Renewed Motion for Summary Judgment, Second Declaration of Rinaldo Hunt, and Declaration of Matthew T. Christensen.  Oral argument is requested.

DATED this 3rd day of March, 2021.

        /s/  Matt Christensen
        MATTHEW T. CHRISTENSEN
        Attorney for Defendants

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of March, 2021, I filed the foregoing DEFENDANTS' RENEWED MOTION FOR SUMMARY JUDGMENT electronically through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Matthew T. Christensen | mtc@angstman.com |
| Joseph M. Wager | wager@mwsslawyers.com |

Any others as listed on the Court's ECF Notice.

        /s/ Matt Christensen
        Matthew T. Christensen

DEFENDANTS' RENEWED MOTION FOR SUMMARY JUDGMENT – Page 2